UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,

    Plaintiff,

    v.

EXXON MOBIL CORPORATION,

    Defendant.
_____/

No. C 10-0534 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motions to dismiss and to strike, which was previously set for June 23, 2010 at 9:00 a.m., has been CONTINUED to June 30, 2010, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612. Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED**.

Dated: June 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge