Jack Silver, Esq. SBN #160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.    (707) 528-8175
Fax.    (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH


JEFFREY J. PARKER, State Bar # 155377
OLIVIER F. THEARD, State Bar # 217763
AMIR A. TORKAMANI, State Bar #260009
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone (213-620-1780
Facsimile (213) 620-1398
jparker@sheppardmullin.com
otheard@sheppardmullin.com
atorkamani@sheppardmullin.com

Attorneys for Defendant
EXXON MOBIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>                Plaintiff,<br>       v.<br><br>EXXON MOBIL CORPORATION and DOES 1 - 20, Inclusive,<br><br>                Defendants<br>_____ / | Case No.   4:10-cv-00534 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER**<br><br>Date:          September 16, 2010<br>Time:         2:00 p.m.<br>Ctrm.:        3, 3rd Floor<br><br>Trial Date:    None Set |

WHEREAS, this action was filed on February 10, 2010 and initially assigned to the Honorable Elizabeth D. Laporte.  On April 27, 2010 the matter was reassigned to the Honorable Phyllis J. Hamilton, who set the Initial Case Management Conference for July 22, 2010; and,

WHEREAS, Defendant Exxon Mobil Corporation filed a Motion to Dismiss and Motion to Strike which were set for hearing on  July 30, 2010.  As a result, the Court continued the Initial Case Management Conference to September 16, 2010.  The Court ruled on Defendant's Motions on August 11, 2010; and,

WHEREAS, on April 16, 2010, Plaintiff served a supplemental Notice of Violations under the RCRA on Defendant Exxon Mobil Corporation as well as additional entities.  The 90-day notice period having expired, Plaintiff will amend its complaint to add the additional parties.  A Stipulation re the filing of an amended pleading is expected to be filed shortly; and,

WHEREAS, Defendant Exxon Mobil Corporation as well as the additional defendants named in the amended pleading will require time (30 days) to file responsive pleadings, the parties hereto believe good cause exists for the continuance of the Initial Case Management Conference from its present date;

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and Defendant as follows:

a) That the Case Management Conference scheduled for September 16, 2010 be continued to November 18, 2010 at 2:00 p.m.;

b) That the last day to file a Joint Case Management Statement be continued to November ~~11~~ 10, 2010.

DATED: September 6, 2010          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   */s/ Jeffrey J. Parker*
      JEFFREY J. PARKER
      Attorneys for Defendant
      EXXON MOBIL CORPORATION

In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing of this Stipulation to Continue Case Management Conference Date; [Proposed] Order has been obtained from the other signatory to this document.

DATED: September 3, 2010        LAW OFFICE OF JACK SILVER

By: /s/ Jack Silver
JACK SILVER
Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

**[PROPOSED] ORDER**

PURSUANT TO SAID STIPULATION, AND GOOD CAUSE APPEARING,

**IT IS SO ORDERED** as follows:

1. The Case Management Conference scheduled for September 16, 2010 is continued to November 18, 2010 at 2:00 p.m., in Courtroom 3, Federal Building, 1301 Clay Street, Oakland, California;

2. A Joint Case Management Statement shall be filed no later than November ~~11~~ 10, 2010.

Dated: 9/8/10

PHYLLIS
United States

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*