1  Jack Silver, Esq. SBN  #160575
2  LAW OFFICE OF JACK SILVER
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Tel.   (707) 528-8175
4  Fax.   (707) 528-8675
   lhm28843@sbcglobal.net
5
6  Attorneys for Plaintiff
   NORTHERN CALIFORNIA RIVER WATCH
7

8  JEFFREY J. PARKER, State Bar # 155377
9  OLIVIER F. THEARD, State Bar # 217763
   AMIR A. TORKAMANI, State Bar #260009
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
11 Los Angeles, California 90071-1448
   Telephone (213-620-1780
12 Facsimile (213) 620-1398
13 jparker@sheppardmullin.com
   otheard@sheppardmullin.com
14 atorkamani@sheppardmullin.com

15 Attorneys for Defendant
16 EXXON MOBIL CORPORATION

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

20 NORTHERN CALIFORNIA RIVER              Case No.   4:10-cv-00534 PJH
   WATCH, a non-profit corporation,
21                                        **STIPULATION TO CONTINUE CASE**
22            Plaintiff,                  **MANAGEMENT CONFERENCE DATE;**
          v.                              **[~~PROPOSED~~] ORDER**
23
24 EXXON MOBIL CORPORATION,               Date:      November 18, 2010
   et al,                                 Time:      2:00 p.m.
25            Defendants.                 Ctrm.:     3, 3rd Floor
26 _____/       Trial Date:   None Set
27
28

WHEREAS, this action was filed on February 10, 2010 and initially assigned to the Honorable Elizabeth D. Laporte.   On April 27, 2010 the matter was reassigned to the Honorable Phyllis J. Hamilton, who set the Initial Case Management Conference for July 22, 2010; and,

WHEREAS, Defendant Exxon Mobil Corporation filed a Motion to Dismiss and Motion to Strike which were set for hearing on July 30, 2010.  As a result, the Court continued the Initial Case Management Conference to September 16, 2010.  The Court ruled on Defendant's Motions on August 11, 2010; and,

WHEREAS, on September 8, 2010, the Court approved the Stipulation of the parties and agreed to continue the Case Management Conference to November 18, 2010 (Court Doc. # 31) in order to allow time for Plaintiff to file an amended complaint adding additional parties as well as time for the additional defendants named in the amended pleading to file responsive pleadings; and,

WHEREAS, Plaintiff filed a First Amended Complaint on September 17, 2010.  Defendant Exxon Mobil Corporation has answered the First Amended Complaint.  Defendants Whitey's TBA, Inc., Kinnaird Properties, Inc., Richard P. Stern, Susan E. Stern, Gilbert P. Ferrey and Charlotte Ferrey have been served, and their responsive pleadings are due on or before November 23, 2010; and,

WHEREAS, the parties hereto believe good cause exists for the continuance of the Case Management Conference from its present date of November 18, 2010 for a period of sixty (60) days, to allow all named defendants an opportunity to appear and to participate in the Case Management Conference;

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and Defendant Exxon Mobil Corporation as follows:

a)    That the Case Management Conference scheduled for November 18, 2010 be continued to January 20, 2011 at 2:00 p.m.;

b)    That the last day to file a Joint Case Management Statement be continued to January 12, 2011.

1   DATED: November 5,  2010          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2                                     By:  _____/s/ Jeffrey J. Parker_____

3                                          JEFFREY J. PARKER
                                           Attorneys for Defendant
4                                          EXXON MOBIL CORPORATION

5

6           In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing

7   of this Stipulation to Continue Case Management Conference Date; [Proposed] Order has been

8   obtained from the other signatory to this document.

9

10  DATED: November 5, 2010           LAW OFFICE OF JACK SILVER

11                                    By:_____/s/ Jack Silver_____

12                                         JACK SILVER
                                           Attorneys for Plaintiff
13                                         NORTHERN CALIFORNIA RIVER WATCH

14

15                                  [~~PROPOSED~~] ORDER

16          PURSUANT TO SAID STIPULATION, AND GOOD CAUSE APPEARING,

17

18          IT IS SO ORDERED as follows:

19          1.    The Case Management Conference scheduled for November 18, 2010
20                is continued to January 20, 2011 at 2:00 p.m., in Courtroom 3,
                  Federal Building, 1301 Clay Street, Oakland, California;
21

22          2.    A Joint Case Management Statement shall be filed no later than
                  January 12, 2011.
23

24  Dated: ___11/9/10_____       _____

25                                    PHYL[           ]TON
                                      United S[        ]t Judge
26

27

28
    _____
    4:10-cv-00534 PJH                        3
    Stipulation to Continue Case Management Conference Date; [Proposed] Order