Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>EXXON MOBIL CORPORATION, et al<br><br>Defendants. / | CASE NO.:   4:10-cv-00534 PJH<br><br>**STIPULATION RE MEDIATION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED and agreed to by and between the parties to this action, that the matter shall be referred to private ADR for mediation; further, pursuant to the deadline as set forth in the Court's Case Management and Pretrial Order (Doc #66), said private ADR shall be completed by March 31, 2011.

DATED:  Feb. 2, 2011         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                             By: ____*Jeffrey J. Parker*____
                                  JEFFREY J. PARKER
                                  Attorneys for Defendants
                                  EXXON MOBIL CORPORATION,
                                  KINNAIRD PROPERTIES, INC., RICHARD
                                  B. STERN and SUSAN E. STERN

1

4:10-cv-00534 PJH
 Stipulation Re Mediation; [Proposed] Order

1  DATED: Feb. 2, 2011                WENDEL, ROSEN, BLACK & DEAN LLP

2                                     By:    *Jonathan W. Redding*
                                             JONATHAN W. REDDING
3                                            Attorneys for Defendants
                                             GILBERT P. FERRY and CHARLOTTE M.
4                                            FERRY

5       In addition to stipulating to the above, I, Jerry Bernhaut, attest that concurrence in the
6  filing of this Stipulation has been obtained from the other signatories to this document.

7

8  DATED: Feb. 2, 2011                        *Jerry Bernhaut*
                                              JERRY BERNHAUT
9                                             Attorneys for Plaintiff
                                              NORTHERN CALIFORNIA RIVER WATCH
10


12                               **[~~PROPOSED~~] ORDER**

13      PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

14  Dated: 2/7/11
                                         _____
15                                       PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

27                                      2

28  4:10-cv-00534 PJH
    Stipulation Re Mediation; [Proposed] Order