Marshall E. Bluestone, Esq. (SBN 151632)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:     707-526-4250
Facsimile:     707-526-0347
Email: mbluestone@sennefflaw.com

Attorneys for Defendant Whitey's TBA, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXXON MOBIL CORPORATION; WHITEY'S TBA, INC.; KINNAIRD PROPERTIES, INC.; RICHARD B. STERN; SUSAN E. STERN; GILBERT P. FERREY, CHARLOTTE M. FERREY and JOHN S. HUMMER TRUST, and DOES 1 - 10, Inclusive,<br><br>　　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No.  4:10-cv-00534-PJH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT WHITEY'S TBA, INC.  TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; [P~~ROPOSED~~] ORDER** |

　　　WHEREAS, Plaintiff and Defendant Whitey's TBA, Inc.,  are engaging in communications to resolve this dispute, the parties have agreed to stipulate to extend the time for Defendant Whitey's TBA, Inc., to respond to the complaint until February 23, 2011 and therefore; .

　　　IT IS HEREBY STIPULATED by and between counsel for Plaintiff and Defendant Whitey's

//

//

//

SENNEFF
FREEMAN
BLUESTONE

NO. 4:10-cv-00534-PJH:　　STIPULATION TO EXTEND TIME FOR DEFENDANT WHITEY'S TBA, INC. TO
　　　　　　　　　　　　　RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER　　　1

1  TBA, Inc. Defendant Whitey's TBA, Inc.'s time to respond to the complaint is extended to February
2  23, 2011.

5  DATED:     February 9, 2011                    SENNEFF FREEMAN & BLUESTONE, LLP

7                                                 By      */s/ Marshall E. Bluestone*
                                                        Marshall E. Bluestone
8                                                       Attorneys for Defendant Whitey's TBA, Inc.

9  DATED:     February 9, 2011                    LAW OFFICE OF JACK SILVER

                                                  By      */s/ Jack Silver*
11                                                      Jack Silver
                                                        Attorneys for Plaintiff
12                                                      Northern California River Watch

14                              **[PROPOSED] ORDER**

15      PURSUANT TO SAID STIPULATION, AND GOOD CAUSE APPEARING,

16      **IT IS SO ORDERED** as follows:

17      1.

19  Dated: 2/25/11

        Phyllis J. H[amilton]
20      United S[tates]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

SENNEFF
FREEMAN
BLUESTONE

NO. 4:10-cv-00534-PJH:   STIPULATION TO EXTEND TIME FOR DEFENDANT WHITEY'S TBA, INC. TO
                         RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER    2