1

Jack Silver, Esq. SB# 160575
LAW OFFICE OF JACK SILVER

2

Post Office Box 5469

3

Santa Rosa, CA 95402-5469
Tel.  707-528-8175

4

Fax.  707-528-8675
lhm28843@sbcglobal.net

5

6

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

7

8

Marshall Bluestone, Esq.  SB# 151632
SENNEFF FREEMAN & BLUESTONE, LLP

9

50 Old Courthouse Square, Suite 401
Post Office Box 3729

10

Santa Rosa, CA 95402
Tel. 707-526-4250

11

Fax. 707-526-0347

12

mbluestone@sennefflaw.com

13

Attorney for Defendant
WHITEY'S TBA, INC.

14

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

NORTHERN CALIFORNIA RIVER        Case No.   4:10-cv-00534 PJH

18

WATCH, a non-profit corporation,

19

          Plaintiff,             **STIPULATION OF DISMISSAL OF**
                                 **WHITEY'S TBA, INC. AS PARTY**

20

     v.                          **DEFENDANT WITH PREJUDICE;**
                                 **[PROPOSED] ORDER**

21

EXXON  MOBIL  CORPORATION;       **[FRCP § 41(a)]**
WHITEY'S TBA, INC.;  KINNAIRD

22

PROPERTIES, INC.; RICHARD B.
STERN;  SUSAN  E.  STERN;

23

GILBERT P. FERREY, CHARLOTTE
M. FERREY and JOHN S. HUMMER

24

TRUST, and DOES 1 – 10, Inclusive,

25

          Defendants.

26

_____/

27

28

1    Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between plaintiff

2  NORTHERN CALIFORNIA RIVER WATCH, and defendant WHITEY'S TBA, INC., through

3  their designated counsel, that defendant WHITEY'S TBA, INC. be and hereby is dismissed as

4  a party defendant to the above-entitled action with prejudice.  Each party agrees to bear its own

5  costs of suit.

6

7  DATED:  April 6, 2011      _____

8                              JACK SILVER
                             Attorney for Plaintiff
9                            NORTHERN CALIFORNIA RIVER WATCH

10

11  DATED:    April 5, 2011      _____

                             MARSHALL E. BLUESTONE
12                           Attorney for Defendant
13                           WHITEY'S TBA, INC.

14

15                      [PROPOSED] ORDER

16      PURSUANT TO SAID STIPULATION,

17

18      IT IS SO ORDERED.

19

20  Dated:  _____4/14/11_____      _____

21

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA