Jack Silver, Esq. SB# 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.  707-528-8175
Fax. 707-528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>           Plaintiff,<br>     v.<br><br>EXXON MOBIL CORPORATION, ET AL,<br><br>           Defendants.<br>_____/ | Case No.   4:10-cv-00534 PJH<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER [FRCP § 41(a)]** |

  Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH, and defendants EXXON MOBIL CORPORATION, KINNAIRD PROPERTIES, INC., RICHARD B. STERN, SUSAN E. STERN, GILBERT P. FERREY and CHARLOTTE M. FERREY through their designated counsel, that this action be and hereby is dismissed with prejudice.  Each party agrees to bear its own costs of suit.

DATED: June 9, 2011       LAW OFFICE OF JACK SILVER

                */s/ Jack Silver*
               JACK SILVER
               Attorney for Plaintiff
               NORTHERN CALIFORNIA RIVER WATCH

DATED: June 9, 2011                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                            By:    */s/ Jeffrey J. Parker*
                                                  JEFFREY J. PARKER
                                                  Attorneys for Defendants
                                                  EXXON MOBIL CORPORATION
                                                  KINNAIRD PROPERTIES, INC., RICHARD
                                                  B. STERN, SUSAN E. STERN, GILBERT P.
                                                  FERREY and CHARLOTTE M. FERREY


**[~~PROPOSED~~] ORDER**

PURSUANT TO SAID STIPULATION,

**IT IS SO ORDERED**.

Dated: 6/10/11

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*